**EXHIBIT "2"**



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

# PISTOL LICENSE NOTICE OF REINSTATEMENT

David M GOLDSTEIN
20 VILLAGE WOODS RD
PORT JEFFERSON, NY 11777

RE:  License #   C-072648
Expiration Date: 12/01/2022

Dear Licensee,

Date: 10/14/2020

    This is to advise you that our investigation into the circumstances surrounding the suspension of your pistol license has been completed. A decision has been made to reinstate your licensing privileges.

    Enclosed is your pistol license. To effect the return of your handgun(s), you must respond to the Property Bureau **with this letter and your license.** Your handgun(s) will not be returned unless both items are presented.

    An appointment must be made **prior to responding to the Property Bureau.** An appointment can be made by calling (631) 852-6465.

    The Property Bureau is open Monday thru Friday from 8:30AM to 3:30PM.

    Questions regarding this matter may be referred to Police Officer Jugan of this office at 852-6579.

Truly yours,

*[signature] Sgt 1259/1600*

William Walsh, Sergeant
Executive Officer
Pistol Licensing Bureau