```
                                        At this Federal Court, held in and
                                        for the Eastern District of New York
                                        State at the courthouse located at 100
                                        Carleton Avenue, Central Islip, New York
                                        on the _____ day of _____,2023
PRESENT:

HON. _____
                        J.D.C.
-----------------------------------------X
DAVID GOLDSTEIN,

                Plaintiff
                                                        ORDER TO SHOW CAUSE
        -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only.
SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K.
HARRISON, in his official capacity only, SUFFOLK
COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE
OFFICER CIARA PLIHCIK, in her individual and
official capacity, SUFFOLK COUNTY POLICE
OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER
DANIEL JUGAN, in his individual and official
capacity, JOHN AND JANE DOE NO. 1-10, in their
official and in their individual capacity.

                Defendant(s).
-----------------------------------------X
```

**PLEASE TAKE NOTICE**, that upon the pleadings seeking damages pursuant to 42 U.S.C. 1983 and the filing of the annexed affirmation of **RICHARD W. YOUNG, Esq.** affirmed the ___ day of January, 2023, and upon the affidavit of plaintiff, DAVID GOLDSTEIN, dated January ___, 2023 and upon all pleadings herein,

**LET** the respondents show cause before this court at the courthouse located at 100 Federal Plaza, Central Islip, New York on the ____ day of February, 2023 at 9:30 o'clock in the forenoon of that day, or as soon as counsel can be heard, why an order

should not be granted for the following:

1. Issuing an order to the Suffolk County Police Department reinstating the pistol license of the plaintiff DAVID GOLDSTEIN;

2. Issuing an order that the Suffolk County Police Department Pistol License Section be ordered to return to the plaintiff all his firearms seized by the Suffolk County Police Department; and further

3. Issuing an order that the defendant SUFFOLK COUNTY and the SUFFOLK COUNTY POLICE DEPARTMENT turn over all written policies regarding suspension of pistol licenses, all documents related to this case including notes, memoranda, text messages, e-mails, interoffice instant messages, letters, investigative notes in **"native format:** ; and further relief as to this court may seem just and proper.

ORDERED, that service of a copy of this ORDER TO SHOW CAUSE, together with a copy of the papers upon which it is based, upon the defendants at their respective business addresses by personal service or before the _____ day of February \_\_\_, 2023, and it is further

ORDERED, that service of a copy of this ORDER TO SHOW CAUSE upon the Suffolk County Attorney's Office at the H. Lee Dennison Building, 100 Veterans Memorial Highway, Hauppauge, New York 11788, on or before the \_\_\_\_\_ day of February, 2023, shall be deemed good and sufficient service thereof.

ENTER:

_____
J.D.C.