AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GOLDSTEIN, <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF SUFFOLK, et al., <br> (See Rider Attached) <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-00051 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Suffolk
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard W. Young, Sr., Esq.
863 Islip Avenue
Central Islip, N.Y. 11722

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00051

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____               _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# RIDER TO SUMMONS IN A CIVIL ACTION
## CASE NO. 2:23-CV-00051

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
DAVID GOLDSTEIN,

                        Plaintiff,

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, in his official capacity only, SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K. HARRISON, in his official capacity only, SUFFOLK COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his official capacity only, SUFFOLK COUNTY POLICE OFFICER CIARA PLIHCIK, in her individual and official capacity, SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER DANIEL JUGAN, in his individual and official capacity, JOHN AND JANE DOE NO. 1-10, in their their official and in their individual capacity,

                        Defendants.

------------------------------------------X

To:   County of Suffolk
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, N.Y. 11788

      Suffolk County Executive Steven Bellone
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, N.Y. 11788

      Suffolk County Police Commissioner Rodney K. Harrison
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, N.Y. 11788

Rider
Page 2 of 2

Suffolk County Commanding Officer of the Pistol Licensing
Bureau Lieutenant Michael Komorowski
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788

Suffolk County Police Officer Ciara Plihcik
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788

Suffolk County Police Officer/Pistol Licensing Bureau Police
Officer Daniel Jugan
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788

Suffolk County Police Department
Attn: John and Jane Doe 1-10
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788