## AFFIDAVIT OF PERSONAL SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID GOLDSTEIN,

          Plaintiffs,

- against -

COUNTY OF SUFFOLK, et al.,

          Defendants.

---

Civil Action No. 2:23-cv-00051 JMA-LGD

STATE OF NEW YORK  )
                             ) ss
COUNTY OF SUFFOLK  )

RICHARD W. YOUNG, SR., ESQ., being duly sworn deposes and says that:

I am not a party to this action. I am over eighteen (18) years of age, and I reside in Suffolk County, New York.

On Wednesday, January 18, 2023, at approximately 1:30 P.M., your deponent delivered four copies the following litigation documents upon "Patty" from the Suffolk County Police Department Legal Bureau at the Suffolk County Police Department Headquarters, Yaphank Avenue, Yaphank, New York, who accepted service on behalf of Suffolk County Police Commissioner Rodney K. Harrison, Suffolk County Commanding Officer of the Pistol Licensing Bureau Lieutenant Michael Komorowski, Suffolk County Police Officer Ciara Plihcik and Suffolk County Police Officer/Pistol Licensing Bureau Police Officer Daniel Jugan.

The documents served were the Scheduling Order, Order to Show Cause, Summons in a Civil Action, Civil Cover Sheet, Verified Complaint, Exhibits, Memorandum of Law, Affirmation in Support and Affidavit in Support.

I advised Patty that there was a Scheduling Order and that someone had to be present before the Honorable Joan M. Azrack on 1/20/23 at 9:30 a..m. in Courtroom 920 at the federal courthouse in Central Islip. Patty would accept four copies for service as a representative of the SCPD Legal Bureau.

Wherefore, upon information and belief, the defendant is not in the military service of the United States of America or of the State of New York, in any capacity whatsoever, as that term is defined in either the Federal or State statute.

The following additional observations were made by me in conjunction herewith: none

                                                            _____
                                                            Richard W. Young, Sr., Esq.

Subscribed and sworn
to before me on January 18, 2023

*Melinda Osik* (signature)
Notary Public
Melinda Osik
Notary Public State of New York
Suffolk County
LIC # 01 OS4968192
Comm. Exp. 06-18-2026