## AFFIDAVIT OF PERSONAL SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

DAVID GOLDSTEIN,

                      Plaintiffs,

- against -

COUNTY OF SUFFOLK, et al.,

                      Defendants.

-------------------------------------------------------

Civil Action No. 2:23-cv-00051 JMA-LGD

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

       RICHARD W. YOUNG, SR., ESQ., being duly sworn deposes and says that:

I am not a party to this action. I am over eighteen (18) years of age, and I reside in Suffolk County, New York.

On Wednesday, January 18, 2023, at approximately 3:06 P.M., your deponent delivered three copies the following litigation documents upon the County of Suffolk and Suffolk County Executive Steven Bellone at the Suffolk County Attorney's office, H. Lee Dennison Building, 6th Floor, 100 Veterans Memorial Highway, Hauppauge, N.Y. 11788. The County Attorney's office stamped in the copies and returned one stamped copy to the undersigned for my records. I advised the clerk at the window that there was a Scheduling Order and that someone had to be present before the Honorable Joan M. Azrack on 1/20/23 at 9:30 a..m. in Courtroom 920 at the federal courthouse in Central Islip.

The documents served were the Scheduling Order, Order to Show Cause, Summons in a Civil Action, Civil Cover Sheet, Verified Complaint, Exhibits, Memorandum of Law, Affirmation in Support and Affidavit in Support.

Wherefore, upon information and belief, the defendant is not in the military service of the United States of America or of the State of New York, in any capacity whatsoever, as that term is defined in either the Federal or State statute.

The following additional observations were made by me in conjunction herewith: none.

                                                                                              _____
                                                                                          Richard W. Young, Sr., Esq.

Subscribed and sworn
to before me on January 18, 2023

_____
Notary Public

Melinda Osik
Notary Public State of New York
Suffolk County
Lic # 01 OS4968192
Comm. Exp. 06-18-2026