# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 1/30/2023    TIME: 2:00 PM    TIME IN COURT:   10 Mins.

CASE:    **23-cv-00051-JMA-LGD Goldstein v. Suffolk Cty., et al.**

APPEARANCES:    Plaintiff:  Cory Morris, Richard Young

For Defendants: Marc Lindemann

FTR:

**FILED
CLERK**

2:18 pm, Jan 30, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers to be served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☒ This case is respectfully referred to Magistrate Judge Dunst to hold a settlement conference on damages.
- ☐ Jury selection and trial is scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ The telephone status conference is rescheduled for   with Judge Joan M. Azrack. Counsel shall dial 1-877-873-8017 and enter access code 4785432 at the prompt.
- ☐ Other: