UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAVID GOLDSTEIN,

                    Plaintiff,                    Case No.

  -against-                                23-CV-00051(RRM)

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only.
SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K.
HARRISON, in his official capacity only, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE OFFICER
CIARA PLIHCIK, in her individual and official capacity,
SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING
BUREAU POLICE OFFICER DANIEL JUGAN, in his individual
and official capacity, JOHN AND JANE DOE NO. 1-10, in their
official and in their individual capacity.
                    Defendants.
-----------------------------------------------------------------------X

This matter commenced with the filing of a complaint by David Goldstein, a police officer with the Suffolk County Police Department, challenging the confiscation of his firearms in violation of the Second Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution. The parties appeared through Counsel for a status conference on 01/30/2023. Defendants' Counsel represented to this Court that Plaintiff's firearms would be returned and that the only issue of dispute was the amount of damages to be paid to Plaintiff.

This Court expressed that "it goes without saying" that Plaintiff's constitutional rights should be restored.

ORDERED that Defendants immediately return Plaintiff's firearms, and it is further

ORDERED that Defendants shall file with this Court proof of compliance with this order in the form of an affidavit of service.

_____
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK