# COUNTY OF SUFFOLK



**STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE**

DENNIS M. COHEN
COUNTY ATTORNEY

DEPARTMENT OF LAW

February 16, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Goldstein v. County of Suffolk, et al.*
    Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

In accordance with the Court's instructions, the plaintiff and the Suffolk County defendants are available on April 10, 2023 for a 2 p.m. settlement conference with you in the above-referenced matter. The County has restored the plaintiff's pistol license and returned the plaintiff's weapons. As per Judge Joan M. Azrack's guidance, the April 10 conference would focus on the monetary component, if any, of a settlement in this matter.

We thank the Court for its consideration.

Respectfully Submitted,

*Marc Lindemann*
Dennis M. Cohen, Esq.
Suffolk County Attorney
*Attorney for Defendants*
By: Marc Lindemann
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788
631-853-4055

Cory Morris, Esq.
*Attorney for Plaintiff*
135 Pinelawn Road, Suite 250S
Melville, New York 11747
631-450-2515