# COUNTY OF SUFFOLK



**STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN
COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

March 27, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Goldstein v. County of Suffolk, et al.*
　　Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

In accordance with the Court's instructions, the parties jointly represent to you that they are prepared to proceed with a productive settlement conference at 2 p.m. on April 10, 2023 in the above-referenced matter. The parties have met and conferred regarding a resolution to this case.

We thank the Court for its consideration.

Respectfully Submitted,

| | |
|---|---|
| */s/ Marc Lindemann* | */s/ Cory Morris* |
| Dennis M. Cohen, Esq. | Cory Morris, Esq. |
| Suffolk County Attorney | *Attorney for Plaintiff* |
| *Attorney for County Defendants* | 135 Pinelawn Road, Suite 250S |
| By: Marc Lindemann | Melville, New York 11747 |
| Assistant County Attorney | 631-450-2515 |
| 100 Veterans Memorial Highway | |
| Hauppauge, New York 11788 | |
| 631-853-4055 | |