# COUNTY OF SUFFOLK



**STEVEN BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**  **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

April 27, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Goldstein v. County of Suffolk, et al.*
Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

In accordance with the Court's instructions, the parties jointly represent to you that they are engaging in productive settlement discussions in the above-referenced matter. Plaintiff's counsel provided us with documentation of the attorney hours spent in this case together with Plaintiff's justification for claimed lost wages. We will continue our negotiations and respectfully request that this Honorable Court schedule a settlement conference at its earliest convenience, electronically or otherwise.

We thank the Court for its consideration.

Respectfully Submitted,

*/s/ Marc Lindemann*                              */s/ Cory Morris*
Dennis M. Brown, Esq.                             Cory Morris, Esq.
Acting Suffolk County Attorney                    *Attorney for Plaintiff*
*Attorney for County Defendants*                  135 Pinelawn Road, Suite 250S
By: Marc Lindemann                                Melville, New York 11747
Assistant County Attorney                         631-450-2515
100 Veterans Memorial Highway
Hauppauge, New York 11788
631-853-4055