# COUNTY OF SUFFOLK



**STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**ACTING COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

May 2, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Goldstein v. County of Suffolk, et al.*
    Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

In accordance with the Court's instructions, the parties jointly submit this letter to you regarding their availability on July 25 and 26, 2023 for an in-person settlement conference. Counsel for the County Defendants is scheduled to start a trial on July 24, 2023. Accordingly, both parties respectfully request that the Court suggest earlier dates and times for which it would be convenient for the Court to hold a settlement conference.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Marc Lindemann*
Dennis M. Brown, Esq.
Acting Suffolk County Attorney
*Attorney for County Defendants*
By: Marc Lindemann
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788
631-853-4055

*/s/ Cory Morris*
Cory Morris, Esq.
*Attorney for Plaintiff*
135 Pinelawn Road, Suite 250S
Melville, New York 11747
631-450-2515