**COUNTY OF SUFFOLK**



**STEVEN BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                                                              **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

May 28, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  *Goldstein v. County of Suffolk, et al.*
      Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

In accordance with the Court's instructions, the parties jointly submit this letter to provide a status report in the above-mentioned case. The parties have reached a settlement in principle and will be drawing up the necessary papers to reflect this negotiated disposition.

We thank the Court for its consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Marc Lindemann* | */s/ Cory Morris* |
| Dennis M. Brown, Esq. | Cory Morris, Esq. |
| Acting Suffolk County Attorney | *Attorney for Plaintiff* |
| *Attorney for County Defendants* | 135 Pinelawn Road, Suite 250S |
| By: Marc Lindemann | Melville, New York 11747 |
| Assistant County Attorney | 631-450-2515 |
| 100 Veterans Memorial Highway | |
| Hauppauge, New York 11788 | |
| 631-853-4055 | |