**COUNTY OF SUFFOLK**



**STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | | |
|---|---|---|
| **DENNIS M. BROWN**<br>**ACTING COUNTY ATTORNEY** | | **DEPARTMENT OF LAW** |

June 26, 2023

Magistrate Judge Lee G. Dunst
Eastern District of New York
Alphonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  *Goldstein v. County of Suffolk, et al*.
      Docket #: 2:23-cv-00051 (JMA) (LGD)

Dear Magistrate Judge Dunst,

The parties are in receipt of the Court's scheduling order indicating that the parties shall file a stipulation of dismissal by June 28, 2023. The parties jointly submit this letter to ask for additional time in which to file this stipulation. Although the parties have reached a settlement in principle, the proposed settlement requires the approval of the Suffolk County Legislature's Ways and Means Committee. The County expects to present the proposed settlement for approval at the Committee's next meeting on July 20, 2023. Should the settlement receive the Committee's approval, there will be additional paperwork required to ensure the execution of the terms of the settlement. Accordingly, the parties jointly ask that the Court modify its scheduling order to require the filing of a stipulation of dismissal by September 11, 2023.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Marc Lindemann*
Dennis M. Brown, Esq.
Acting Suffolk County Attorney
*Attorney for County Defendants*
By: Marc Lindemann
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788
631-853-4055

*/s/ Cory Morris*
Cory Morris, Esq.
*Attorney for Plaintiff*
135 Pinelawn Road, Suite 250S
Melville, New York 11747
631-450-2515