*Richard W. Young Sr., Esq.*

ATTORNEY AT LAW
863 ISLIP AVENUE
CENTRAL ISLIP, NEW YORK 11722-4816
PHONE - (631) 224-7500
FAX - (631) 224-9400
*WWW.YOUNGANDYOUNGESQ.COM*

June 30, 2023

Via ECF

Judge Joan M. Azrack
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

    Re:    Goldstein v. County of Suffolk, et al.
              2:23-cv-00051-JMA-LGD

Dear Judge Azrack:

    As the parties have not finalized the Stipulation as of this date, with the consent of the defendants, we respectfully request that the case be reopened.

                              Very truly yours,

                              Richard W. Young, Sr., Esq.