FILED
CLERK

2:43 pm, Aug 23, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID GOLDSTEIN,

                                                           Plaintiff,

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
EXECUTIVE STEVEN BELLONE, in his official capacity
only, SUFFOLK COUNTY POLICE COMMISSIONER
RODNEY K. HARRISON, in his official capacity only,
SUFFOLK COUNTY COMMANDING OFFICER OF
THE PISTOL LICENSING BUREAU LIEUTENANT
MICHAEL KOMOROWSKI, in his official capacity only,
SUFFOLK COUNTY POLICE OFFICER/PISTOL
LICENSING BUREAU POLICE OFFICER DANIEL
JUGAN, in his individual and offical capacity, JOHN AND
JANE DOE 1-10, in their official and in their individual
capacity,

                                                  Defendants.

ORDER ISSUED
PURSUANT TO G.M.L.
§ 6-n APPROVING
SETTLEMENT

23-cv-00051 (JMA)(LGD)

---

P R E S E N T:  Hon. Joan M. Azrack, U.S.D.J.

      WHEREAS, an application has been made to the undersigned by the County of Suffolk, Steven Bellone, Rodney K. Harrison, Lt. Michael Komorowski, PO Ciara Plihcik and PO Daniel Jugan, Defendants in the above-captioned action, for an Order approving a settlement of the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for Sixty Thousand Dollars ($60,000.00),

      Now, upon reading and filing:

      a)     the letter of Richard W. Young, Sr., Esq., of Richard W. Young, Sr., Esq., attorney for Defendant, dated July 27, 2023 agreeing to settlement;

      b)     the General Release signed by Plaintiff David Goldstein;

    c)     the letter of Suffolk County Legislator Robert Trotta, Chair of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated July 20, 2023, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement of Sixty Thousand Dollars ($60,000.00), to be paid by Defendants, the County of Suffolk, Steven Bellone, Rodney K. Harrison, Lt. Michael Komorowski, PO Ciara Plihcik and PO Daniel Jugan, to Plaintiff David Goldstein, is just, reasonable and in the best interest of Suffolk County and the plaintiff;

IT IS, therefore, on the application of Defendants, County of Suffolk, Steven Bellone, Rodney K. Harrison, Lt. Michael Komorowski, PO Ciara Plihcik and PO Daniel Jugan, and with the consent of the plaintiff's attorney;

THEREFORE ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of Sixty Thousand Dollars ($60,000.00), inclusive of all costs, disbursements and attorney's fees, to be paid to Plaintiff, David Goldstein, and his attorney, Cory H, Morris, is approved, and the application for said approval is hereby granted.

IT IS THEREFORE ORDERED that said settlement is hereby approved.

SO ORDERED.

E N T E R:

/s/ Joan M. Azrack      8/23/2023
_____
Hon. Joan M. Azrack, U.S.D.J.