UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAVID GOLDSTEIN,

                       Plaintiff,

-against-                               **STIPULATION OF DISCONTINUANCE**

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only, SUFFOLK    23-cv-00051 (JMA) (LGD)
COUNTY POLICE COMMISSIONER RODNEY K. HARRISON,
in his official capacity only, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE OFFICER
CIARA PLIHCIK, in her individual and official capacity,
SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING
BUREAU POLICE OFFICER DANIEL JUGAN, in his individual
and official capacity, JOHN AND JANE DOE NO. 1-10,
in their official and in their individual capacity,

                       Defendants.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties to the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person who is not a party has an interest in the subject matter of the action, the within action be, and the same hereby is, discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Court.

Dated: Hauppauge, New York
       August 7, 2023

DENNIS M. BROWN                                    LAW OFFICES OF CORY H. MORRIS
Acting Suffolk County Attorney                  *Attorney for Plaintiff*
*Attorney for Defendants*                               863 Islip Avenue
100 Veterans Memorial Highway               Central Islip, New York 11722
PO Box 6100                                             631-224-7500
Hauppauge, NY 11788                            By: Cory H. Morris
By: Marc A. Lindemann
    Assistant County Attorney